1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Vanessa Darnel Brookman
6

7
                  **UNITED STATES DISTRICT COURT**
8                 **CENTRAL DISTRICT OF CALIFORNIA**
                          **WESTERN DIVISION**
9

10

11 | VANESSA DARNEL BROOKMAN, | ) Case No.: 2:14-cv-08224-JEM
12 |                          | ) ORDER OF DISMISSAL
   |         Plaintiff,       | )
13 |                          | )
   |           vs.            | )
14 | CAROLYN W. COLVIN, Acting| )
   | Commissioner of Social Security, | )
15 |                          | )
16 |         Defendant.       | )
   |                          | )
17

18
       The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
       IT IS SO ORDERED.
21

22 Date: March 19, 2015        /s/ John E. McDermott

23

24                             THE HONORABLE JOHN E MCDERMOTT
                               UNITED STATES MAGISTRATE JUDGE
25

26

-1-